IN THE SUPREME COURT OF TEXAS

 No. 04-0947

 IN RE GEORGE WHARTON, M.D.

 On Petition for Writ of Mandamus

ORDERED:

 1. Relator's motion for emergency relief, filed October 22, 2004,
is granted. The order dated August 24, 2004, in Cause No. 03-08613-J,
styled Curtis Woods and Keta Woods v. Phillip Armijo, in the 191st District
Court of Dallas County, Texas, is stayed pending further order of this
Court.

 2. The real parties in interest are requested to respond to
relator's petition for writ of mandamus on or before 3:00 p.m., November
16, 2004.

 Done at the City of Austin, this November 1, 2004.
 [pic]
 Andrew Weber, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk